Court of Appeals

First District of Texas

Re: 01-15-00543-CV

T.C. Case # 2014-18121

FILED IN
1ST COURT OF APPEALS
HOUSTON, TEXAS

AUG 07 2015

CHRISTOPHER A. PRINE
CLERK_____

David Conklin

v.

Henrietta Wright

Cause No. 201418121

David Conklin

v.

Henrietta Wright

In the District Court of

Harris County, Tx.

281 Judicial District

---

Appellant Conklin's Record where none exist and information, true and correct of T.D.C.J.'s Grievance Procedure and Access to Courts Policy is no longer in Substantial Compliance with Minimum Standards as required by statutory authority Tex. Civil Practice & Rem. Code §§ 14.005, 110.001 - .012; Tex. Gov't Code §§ 493.001, 493.006.(b), 493.014, 501. -008; 42. U.S.C. § 1997e; 28 CFR §§ 35.107(a), 115.52(a-q); and Tex. Gov't Code 492.013(4), 495.025, 499(a) (9) (12); and Court Order by Supreme Court Lewis v. Casey, 518 U.S 343, 116 S.Ct. 2174 (1996), as the Defendant a prison employee and a party to this action and her

1.

CO-WORKERS, HAVE PAST, PRESENT, CURRENT AND ONGOING, STEPPED OUTSIDE THE SCOPE OF THEIR EMPLOYMENT, AND IT IS BECAUSE OF THEIR AUTHORITY, [1] TO WIT, THEN AND THERE, KNOWINGLY AND INTENTIONALLY, WITH A CULPABLE STATE OF MIND, MALICIOUSLY AND SADISTICALLY, AND WITH ILLEGAL INTENT, COMMIT OFFENSE(S), BY AND OR ABUSE OF OFFICIAL CAPACITY, AND/OR ABUSE OF OFFICE, AND/OR CRIMINAL OFFICIAL OPPRESSION, AND/OR VIOLATIONS OF THE CIVIL RIGHTS OF A PERSON IN CUSTODY, AND OR RETALIATION, AND OR ENGAGING IN A SPECIFIC PROHIBITED BEHAVIOR CONSPIRACY TO RETALIATE TO VIOLATE THE CIVIL RIGHTS OF A PERSON IN CUSTODY, NAMELY APPELLANT CONKLIN, (AND MANY OTHERS) BY INTERFERRING IN [MANY] [MANNERS] WITH HIS RIGHT OF ACCESS TO COURTS. THIS INCLUDES BUT NOT LIMITED TO UNAUTHORIZED DENIAL OF LEGAL VISITS [2] OR ACCESS TO LEGAL MATERIALS, HARASSING OR RETALIATING AGAINST PLAINTIFF/APPELLANT FOR THE OFFENDER/PLAINTIFF/APPELLANT CONKLIN'S RIGHT TO FILE A GRIEVANCE (SEE: ATTACHED RETURNED UNRESPONDED TO GRIEVANCE) OR COMPLAINT, OR NOT ALLOWING AN OFFENDER/PLAINTIFF/APPELLANT CONKLIN TO CORRESPONDE WITH THE COURTS OR PUBLIC OFFICIALS BY DELAYS IN LEGAL RESEARCH MATERIALS, DENIALS AND DELAYS IN SUPPLIES PAPER AND CARBON PAPER AND WITHHOLDING U.S. MAIL PAST TWO DAYS, BEFORE DELIVERING TO THE POST MAN, DENIALS OR DELAYS IN NOTARY SERVICES, UN-RESPONDED GRIEVANCES RETURNED STEP I AND NOW STEP TWO (SEE: ATTACHED), NO ADEQUATE ASSISTANCE FROM PERSONS TRAINED IN THE LAW OR A LAW LIBRARY WITH A [UP TO DATE] BOOK COLLECTION CONTAINING NECESSARY MATERIALS ADEQUATE TO FILE MEANINGFUL PAPERS WITH THE COURTS, THIS IS A

[1] THAT ALLOWED THEM TO DO SO;

2.

[2] WITH OFFENDERS;

SUBJECT OF REPRISAL [3] WHERE HEREIN IS A RECORD THAT APPLIES PERSONALLY TO THE APPELLANT, DUE TO EMPLOYEE [ACTIONS] INCLUDING DENIAL TO THE GRIEVANCE PROCEDURE (SEE: ATTACHED) WHERE ALL EMPLOYEES ARE KNOWLEDGEABLE IN THE PURPOSE. INTENT AND OPERATION OF THE OFFENDER GRIEVANCE PROCEDURE, BY TRYING TO CONTROL THE OUTCOME OF THE DISPOSITION OF THIS CASE, LIMITING PLAINTIFF / APPELLANT'S COMMUNICATIONS (SEE: PLAINTIFF'S CONTRACT. TERMS AND CONDITIONS :)

AM IS IN THE RECORD AND MUST BE CONSIDERED AS A WHOLE FOR A PRO SE LITIGANT WHO IS NOT TRAINED THEREFORE IN THE MECHANICS OF LAW; BUT ONLY CREATES A RECORD WHERE THERE IS NONE. (SEE: ALL IN CAUSE NO. 2014-18121 AND RE: 01-15-00543-CV.)

DENIALS TO ACCESS OF THE GRIEVANCE PROCEDURE HINDERS AND OBSTRUCTS ONE'S ABILITY TO PROPERLY ACCESS THE COURTS. (CASE-LAW)

SEE: DEFENDANT'S EXHIBIT "A", PREVIOUS SUITS FILED, CONKLIN V. MANAGEMENT TRAINING CORP. ; IN THE U.S. DISTRICT COURT EASTERN DISTRICT OF TEXAS. TYLER DIVISION (BOTH CASES); AND ALL THE GRIEVANCES (EXHAUSTION OF REMEDIES) THERE IS ONE GRIEVANCE ON ACCESS TO COURTS OVER 2 YEARS TO EXHAUST. (SEE: GRIEVANCES DATES AND MATCH WITH FEDERAL COURT CASE(S) TIME FRAME) AND AM WILL SEE THAT THOSE CASES HAVE BEEN ERRONIOUSLY DISMISSED AND A CLEAR ABUSE OF DISCRETION BY THE COURT MISCONSTRUING IN FAVOR OF THE NON-MOVANT, IGNORING GENUINE ISSUES OF MATERIAL FACTS.

[3] AND PLAINTIFF'S CONTRACT (NOT TO LIMIT COMMUNICATIONS),

THAT'S BEEN PLAINTIFF / APPELLANTS ARGUMENTS FROM THE BEGINNING

So, IF THOSE ISSUE(S) ARE WRONG OR NOT IN COMPLIANCE THERE IS A REASONABLE Probability THAT OTHER Potential AND Probable AND Possible ISSUE(S) EXIST OF PAST, Present, Current, AND Ongoing.

Example: SEE ATTACHED Step II Grievance.

Mailed FROM LOCKUP. ON 7-29-15.
RETURNED UNANSWERED ON 7-31-15 BY THE Units Mail System.
THREE (3) ATTACHMENTS / Documents Giving CREDIBILITY OF ~~TRUTH~~
TRUTH Contained in THE Statements MADE, LOST,
were Folded up inside - Documentary Evidence.
THIS Action inhibits TO Further ADD Credibility TO
CAUSE 2014-1812; AND THERE'S MORE IN THE
Record AND All Subject OF Plaintiff's Contract.

NOTE: SEE ATTACHED Step I Grievance. # 2015 149 793

NOTE: Time Frames FOR Due Date / Extention Date.
Question: Where IS "Notice OF Extention" TO Grieve? - Policy Violation!

NOTE: DAY Signed / Date Received ___ II DAYS TO Get out OF THE Mail Box / Grievance Box 50 YARDS AWAY FROM OFFICE?

4

COURTS HOLD THE VICTIM TO THE HIGHEST STANDARD WHILE LETTING THE VIOLATOR GO.

THOSE ARE BREACHES OF CONTRACT/AND OR FAILURE OF CONSIDERATION AND/OR BREACH OF A STIPULATION OR PROVISION IN A STATUTE, OR COURT ORDER — YOU GUYS — COURT OF APPEAL(s) LABORED THROUGH AND SCARIFICES MADE, FOR THOSE OFFICIALS TO DISRESPECT OR SPAT IN THE FACE OF LAW, AND THE COURTS PROTECT THOSE ILLEGAL ACTIONS OR INACTIONS AND ILLEGAL CONDUCT, AND LABEL ME VEXACIOUS BECAUSE I DIDN'T FILL IT OUT RIGHT OR PUT THIS BEFORE THAT ON THAT DAY? ALL THE SUFFICIENT INFORMATION IS IN THE RECORD.

HEREIN AND THROUGHOUT THE RECORD SEEMS TO REPEAT ITSELF, BUT EACH IS ITS OWN SEPARATE INCIDENT, OFFENSE, OR VIOLATION REOCCURING ON A CONTINUAL BASIS, YEAR AFTER YEAR, PRISON AFTER PRISON, UNDER DIFFERENT ACCOUNT NUMBERS, AND IS PAST, PRESENT, CURRENT AND ONGOING.

I, DAVID CONKLIN, HAVING PERSONAL KNOWLEDGE OF THE ALLEGED FACTS HEREIN STATE, I, DO HEREBY DECLARE UNDER PENALTIES OF PERJURY THAT THE AFOREMENTIONED IS TRUE AND CORRECT.

David M. Conklin U.C.C. 1-308    8-1-15
DAVID M. CONKLIN 1991367
PAM LYCHNER
2350 ATASCOCITA Rd.
HUMBLE, TX. 77396

CERTIFICATE OF SERVICE

I DAVID Conklin, Do HEREBY CERTIFY THAT A TRUE AND Correct Copy WAS MAILED U.S. Postal Service on or about Aug. 4, 2015, TO THE ~~First~~ Court OF APPEALS, First District, 301 Fannin, Houston, Tx. 77002

David M. Conklin    U.C.C.    1-308

David M. Conklin 1991361
Pam Lychner
2350 Atascocita Rd.
Humble, Tx. 77396

K2A/01

# Texas Department of Criminal Justice

## STEP 1

### OFFENDER GRIEVANCE FORM

OFFICE USE ONLY

Grievance #: 2015149293

Date Received: 5/28/15

Date Due: 7/8/15

Grievance Code: 200

Investigator ID #: 1276 r

Extension Date: 8-17-15

Date Retd to Offender: JUL 21 2015

Rec'd Jul 23-15

Offender Name: DAVID CONKLIN  TDCJ # 1991367

Unit: Pam Lyncher  Housing Assignment: E-2-16

Unit where incident occurred: Pam Lynchner K2A-001

You must try to resolve your problem with a staff member before you submit a formal complaint. The only exception is when appealing the results of a disciplinary hearing.

Who did you talk to (name, title)? Ms. Wright  When? 5-8-15 e' as 5-12-15

What was their response? I HAVE SENT YOU 2 ORIGINAL I-60's AND THAT IS WHAT NEED TO BE USED.

What action was taken? Uniform Denial of Access to Court/Adequate Law Library

State your grievance in the space provided. Please state who, what, when, where and the disciplinary case number if appropriate

Active Litigation, "Appeal", Cause No. 201418121, Conklin v. Wright, In the 281st District Court of Harris County, Texas, Judicial District.

Past Present Current And Ongoing Uniform Denial of Access to Court/Access to Adequate Law Library, on 5.13,14,15, 2015, And Case Law That Would Help Me In My Case, Dealing with Security, Secured Transactions, Banking Transactions, Coercion Duress, Contract, Mistake, Misrepresentation, Tax, Bankruptcy, Deeds, Mortgages, Bonds, Notes, Securities Regulations, Liens, Secured Creditors, etc..., By The [Defendant] Ms. Wright, Law Library, C.O. At Pam Lynchner And Is Illegal Intent to Harass or Retaliate, Because Offender Conklin Is Taking legally entitled Action, Such As Past Grievances or Lawsuit, Contracting With Defendant Wright, Knowingly And Intelligently, Civilly. For the Purposes of Exercising His U.S. Constitutional Rights; And

Is A Direct Violation of T.D.C.J. Rules, Policy, Procedures Regulations, Statutory Authority And Court Orders of S.Ct. Violating Offender Conklin's/Plaintiff's Due Process By Not Following Prison Policy. Rule 20., P.D. 22

Herein Is Acceptance of Offer to Contract, And Communication Thereof With A Qualified Acceptance For Breach of A Provision, Stipulation On The I-202, And Prop-03, That Service or Process

JUL 21 2015

I-127 Front (Revised 11-2010)  YOUR SIGNATURE IS REQUIRED ON BACK OF THIS FORM  (OVER)

Appendix F

CONSTITUTES ACCEPTANCE AND IS COMPLETE ADHERENCE TO CLAIM, AND A DENIAL CONSTITUTES BREACH OF CONTRACT, AND OR AN UN-SUBSTANTIATED CLAIM CONSTITUTES FAILURE OF CONSIDERATION AND OR MISREPRESENTATION OF OPERATIVE FACTS.

I, DAVID CONKLIN, HAVING PERSONAL KNOWLEDGE OF THE FACTS HEREIN, DO HEREBY DECLARE UNDER PENALTY OF PERJURY THAT THE FOREGOING IS TRUE AND CORRECT

*David M. Conklin*    JUL 2 1 2015

---

**Action Requested to resolve your Complaint.** OTHER RELIEF APPROPRIATE

---

Offender Signature: *David M. Conklin*      Date: 5/18; ~~2016~~ 2015

**Grievance Response:**

Your grievance was reviewed and investigated. The investigation concluded there was no evidence of policy violation on that of the Law Library. No further action warranted.

Signature Authority: _____ Warden Brad Hutchison     Date: JUL 2 1 2015 /

If you are dissatisfied with the Step 1 response, you may submit a Step 2 (I-128) to the Unit Grievance Investigator within 15 days from the date of the Step 1 response. State the reason for appeal on the Step 2 Form.

**Returned because:**     *Resubmit this form when the corrections are made.

☐ 1. Grievable time period has expired.

☐ 2. Submission in excess of 1 every 7 days. *

☐ 3. Originals not submitted. *

☐ 4. Inappropriate/Excessive attachments. *

☐ 5. No documented attempt at informal resolution. *

☐ 6. No requested relief is stated. *

☐ 7. Malicious use of vulgar, indecent, or physically threatening language. *

☐ 8. The issue presented is not grievable.

☐ 9. Redundant, Refer to grievance # _____

☐ 10. Illegible/Incomprehensible. *

☐ 11. Inappropriate. *

UGI Printed Name/Signature: _____

**Application of the screening criteria for this grievance is not expected to adversely Affect the offender's health.**

Medical Signature Authority: _____

<table>
<tr><td colspan="2"><b>OFFICE USE ONLY</b></td></tr>
<tr><td>Initial Submission</td><td>UGI Initials: _____</td></tr>
<tr><td colspan="2">Grievance #: _____</td></tr>
<tr><td colspan="2">Screening Criteria Used: _____</td></tr>
<tr><td colspan="2">Date Recd from Offender: _____</td></tr>
<tr><td colspan="2">Date Returned to Offender: _____</td></tr>
<tr><td>2nd Submission</td><td>UGI Initials: _____</td></tr>
<tr><td colspan="2">Grievance #: _____</td></tr>
<tr><td colspan="2">Screening Criteria Used: _____</td></tr>
<tr><td colspan="2">Date Recd from Offender: _____</td></tr>
<tr><td colspan="2">Date Returned to Offender: _____</td></tr>
<tr><td>3rd Submission</td><td>UGI Initials: _____</td></tr>
<tr><td colspan="2">Grievance #: _____</td></tr>
<tr><td colspan="2">Screening Criteria Used: _____</td></tr>
<tr><td colspan="2">Date Recd from Offender: _____</td></tr>
<tr><td colspan="2">Date Returned to Offender: _____</td></tr>
</table>

I-127 Back (Revised 11-2010)

Appendix F



## Texas Department of Criminal Justice
# STEP 2
### OFFENDER GRIEVANCE FORM

Offender Name: David Conklin TDCJ # 1991367

Unit: A J Housing Assignment: K 2A - 1

Unit where incident occurred: A J

**OFFICE USE ONLY**

Grievance #: _____

UGI Recd Date: _____

HQ Recd Date: _____

Date Due: _____

Grievance Code: _____

Investigator ID #: _____

Extension Date: _____

*You must attach the completed Step 1 Grievance that has been signed by the Warden for your Step 2 appeal to be accepted. You may not appeal to Step 2 with a Step 1 that has been returned unprocessed.*

Give reason for appeal (Be specific). *I am dissatisfied with the response at Step 1 because...*

... OF AN INADEQUATE / IRRESPONSIBLE RESPONSE / INVESTIGATION. THE INVESTIGATION CONCLUDED THERE WAS NO EVIDENCE, BECAUSE IT WAS DESTROYED, NOT TIME/DATE STAMPED. PAST, PRESENT, CURRENT AND ONGOING SUGGEST, PAST, PRESENT, CURRENT AND ONGOING, AND THAT IT IS IMPOSSIBLE TO GET AN OFFICER / C.O. TO COME OUT OF THE AIR-CONDITIONED PICKET WHEN HE SHOULD BE WORKING AND GET AN I-60 FORM, TO GO TO THE LAW LIBRARY AND GET AN I-60 FORM, AN INTER-DEPARTMENTAL COMMUNICATION. WHEN AN OFFENDER COMMUNICATES HIS INTENT, REQUEST, OR OTHER, IN WRITING IT IS A [COMMUNICATION], OR OFFER TO CONTRACT, (EXPRESS OR IMPLIED) THOMPKIN V. ERIE RAILROAD, S.Ct., (1938), OR A CONTRACT. IT IS SERVICED AND PROCESSED THROUGH INTRA-OR INTER DEPARTMENTAL COMMUNICATIONS MAIL, OF T.D.C.J.'s AUTHORITY, AND CONSTITUTES, "ACCEPTANCE OF OFFER AND COMMUNICATION [THEREOF], EMPHASIS ADDED, AND CANNOT BE REJECTED ONCE IT IS ACCEPTED. THESE TERMS ARE IN THE LAW BOOK COLLECTIONS OF T.D.C.J. SO WHEN AN I-60 FORM IS UNAVAILABLE FOR 9 DAYS OF RECEIPT OF T.D.C.J. WE MAKE A COMMUNICATION TO STAFF EXPRESSING OUR INTENT/REQUEST, ON PAPER (WHICH AN I-60 IS MADE) WHICH IS STILL A TRUSTWORTHY RECORD; OR A BROADLY APPROXIMATE RENDERING. ON ONE HAND, THE LAW LIBRARIES REVERENCE FOR THE DIVINE [I-60] AND ITS FORM DOES NOT ASSURE A TRANSLATION OF THE RECORD / COMMUNICATION / REQUEST / INTENT IN WHICH ONLY A PRINCIPLE OF UTMOST ACCURACY CAN BE ACCEPTED. THE MEDICAL DEPARTMENT ACCEPTS ALL COMMUNICATIONS. ON THE OTHER HAND THE LAW LIBRARY COULD OF CALLED ME-OUT (LIKE IT DID TO GIVE I-60's TO ME) AND HAD ME FILL ONE OUT FOR THE SESSION LIKE ALL OTHER LAW LIBRARIES IN T.D.C.J. HAVE DONE WHEN NO I-60's WHERE AVAILABLE. NOT EXCEPTING HANDWRITTEN I-60 / COMMUNICATIONS INTERFERES IN A [MANNER] WITH AN OFFENDERS RIGHT OF ACCESS TO COURT.

I-128 Front (Revised 11-2010) YOUR SIGNATURE IS REQUIRED ON BACK OF THIS FORM (OVER)

Dan M. Conklin U.C.C. 1-308 (old 207)        7.29.15

AND T.D.C.J. Policy BP. 3.81 DOES NOT SAY IT [CANNOT][ACCEPT][ANY OTHER][FORM OF Communication]
OTHER THAN AN I-60; SAME AS THE Authorities FOR BP. 3.81; LEWIS v. Casey, 518 U.S.
343, 116 S.Ct. 2174 (1996); TEX. Gov't Code 492.013(a), 495.025, 499.102(a)(9)(12) AND SEE:
PD. 22, Rule # 20.        (SEE: Attached Communications that STAMPED, Accepted, Processed,
INITIALLY Screened, Granted, Serviced or Processed ...

**Offender Signature:** Aaron M. Conklin U.C.C. 1-308 (old 207)   **Date:** 7.29.15

**Grievance Response:**

**Signature Authority:** _____     **Date:** _____

Returned because:    *Resubmit this form when corrections are made.*

☐ 1. Grievable time period has expired.

☐ 2. Illegible/Incomprehensible. *

☐ 3. Originals not submitted. *

☐ 4. Inappropriate/Excessive attachments. *

☐ 5. Malicious use of vulgar, indecent, or physically threatening language

☐ 6. Inappropriate. *

CGO Staff Signature: _____

| OFFICE USE ONLY | |
|---|---|
| Initial Submission | CGO Initials:_____ |
| Date UGI Recd:_____ | |
| Date CGO Recd:_____ | |
| (check one) ____Screened    ____Improperly Submitted | |
| Comments:_____ | |
| Date Returned to Offender:_____ | |
| 2nd Submission | CGO Initials: _____ |
| Date UGI Recd:_____ | |
| Date CGO Recd:_____ | |
| (check one) ____Screened    ____Improperly Submitted | |
| Comments:_____ | |
| Date Returned to Offender:_____ | |
| 3rd Submission | CGO Initials:_____ |
| Date UGI Recd:_____ | |
| Date CGO Recd:_____ | |
| (check one) ____Screened    ____Improperly Submitted | |
| Comments:_____ | |
| Date Returned to Offender:_____ | |

I-128 Back (Revised 11-2010)

8-1-'15

David M. Conklin
Pam Lechner
2350 Atascocita Rd
Humble, Tx. 77396

FILED IN
1ST COURT OF APPEALS
HOUSTON, TEXAS

AUG 0 7 2015

CHRISTOPHER A. PRINE

CLERK _____

Court of Appeals
First District
301 Fannin
Houston, Tx. 77002

RE: 01-15-00543-CV   T. C. Case No 2014-18124 Conklin v.
Wright, In the District Court of Harris County, Tx., 281st
Judicial District

Dear Clerk Please file stamp and file and bring to the
immediate attention of the Court for consideration in Cause No
2014-18124 and may I have a courtesy copy in Cause No
2014/18124 Please.

Thank You.

David M. Conklin

David Conklin
01991367
Pam Lychner
2350 Atascocita Rd
Humble, Tx 77396

RECEIVED
FIRST COURT OF APPEALS
HOUSTON, TEXAS

AUG 07 2015

CHRISTOPHER A. PRINE
CLERK

NORTH HOUSTON TX 773
05 AUG 2015 PM 2 L

Court of Appeals
First District
301 Fannin St
Houston, Tx 77002

7700220699

FOREVER

PRIVILEGED OFFENDER MAIL
NOT INSPECTED BY TEXAS
DEPARTMENT OF CRIMINAL
JUSTICE - CORRECTIONAL
INSTITUTIONS DIVISION